# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:21-cv-00122-RJC-DSC

| | |
|---|---|
| KARISSA CURTIS, et al., ) | |
| Plaintiffs, ) | |
| vs. ) | **ORDER** |
| AEI ENTERPRISE, INC., et al., ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court upon the parties' "Joint Motion to Voluntarily Dismiss, Without Prejudice," (Doc. No. 31). In consideration of the joint motion, and for good cause shown, the Court will grant the motion. Should Plaintiffs wish to continue to pursue their claims alleged in this action against Defendants, Defendants shall pursue such a claim exclusively in the forum of arbitration.

**IT IS, THEREFORE, ORDERED** that:

1. The Parties' Joint Motion to Voluntarily Dismiss, Without Prejudice, (Doc. No. 31), is **GRANTED**; and

2. All of Plaintiff's claims against Defendant are **DISMISSED without prejudice**.

The Clerk is directed to close this case.

Signed: August 24, 2021

Robert J. Conrad, Jr.
United States District Judge